# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 26, 2022

Mr. Stephen D. Stamboulieh
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS  38654

      RE:  22-2812  Morehouse Enterprises, LLC, et al v. Bureau of ATF, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

ASL

Enclosure(s)

cc:    Ms. Melissa Helen Burkland
      Mr. Clerk, U.S. District Court, North Dakota
      Ms. Kelly A. Kroke
      Mr. Robert J. Olson
      Mr. Daniel Reiss
      Mr. Robert B. Stock
      Mr. Martin M. Tomlinson

District Court/Agency Case Number(s): 3:22-cv-00116-PDW

**Caption For Case Number: 22-2812**

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance; Eliezer Jimenez; Gun Owners of America, Inc.; Gun Owners Foundation

   Plaintiffs - Appellants

State of Arizona; State of West Virginia; State of Alaska; State of Arkansas; State of Idaho; State of Indiana; State of Kansas; Commonwealth of Kentucky; State of Louisiana; State of Missouri; State of Montana; State of Nebraska; State of Oklahoma; State of South Carolina; State of Texas; State of Utah; State of Wyoming

   Plaintiffs

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives; United States Department of Justice; Bureau of Alcohol, Tobacco & Firearms, Director, Steven M. Dettelbach (formerly Gary M. Restaino)

   Defendants - Appellees

**Addresses For Case Participants:   22-2812**

Mr. Stephen D. Stamboulieh
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS  38654

Ms. Melissa Helen Burkland
U.S. ATTORNEY'S OFFICE
District of North Dakota
Suite 250
655 First Avenue, N.
Fargo, ND  58102-4932

Mr.  Clerk, U.S. District Court, North Dakota
U.S. DISTRICT COURT
District of North Dakota
Suite 130
655 First Avenue, N.
Fargo, ND  58102-0000

Ms. Kelly A. Kroke
QUENTIN N. BURDICK UNITED STATES COURTHOUSE
130
655 First Avenue, N.
Fargo, ND  58102-4932

Mr. Robert J. Olson
WILLIAM J. OLSON, P.C.
Suite 4
370 Maple Avenue, W.
Vienna, VA  22180-5615

Mr. Daniel Reiss
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, N.W.
Washington, DC  20530-0000

Mr. Robert B. Stock
VOGEL LAW FIRM
218 NP Avenue
P.O. Box 1389
Fargo, ND  58107-1389

Mr. Martin M. Tomlinson
U.S. DEPARTMENT OF JUSTICE
Federal Programs
1100 L Street N.W.
Washington, DC  20005