UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Morehouse Enterprises, LLC et al. vs. Bureau of ATF, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 22-2812 for the
following party(s): (please specify)

Bureau of Alcohol, Tobacco, Firearms and Explosives; United States Department of
Justice; Steven M. Dettelbach, Director, Bureau of Alcohol, Tobacco & Firearms

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates
or changes must be made through PACER's Manage my Account.**

Attorney Name: Sean R. Janda        s/: Sean R. Janda

Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff

Business Address: 950 Pennsylvania Avenue NW, Room 7260

City/State/Zip: Washington, DC 20530

Telephone Number (Area Code): (202) 514-3388

Email Address: sean.r.janda@usdoj.gov

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 8/26/2022 , I electronically filed the foregoing with the Clerk of the Court for the
United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing
document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery
within 3 calendar days, to the following non-CM/ECF participants: