# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

**Case Title:** Morehouse Enterprises, LLC et al. vs. Bureau of ATF, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 22-2812 **for the following party(s): (please specify)**

Bureau of Alcohol, Tobacco, Firearms and Explosives; United States Department of Justice; Steven M. Dettelbach, Director, Bureau of Alcohol, Tobacco & Firearms

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Abby C. Wright    s/: Abby C. Wright
Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff
Business Address: 950 Pennsylvania Avenue NW, Room 7260
City/State/Zip: Washington, DC 20530
Telephone Number (Area Code): (202) 514-0664
Email Address: abby.wright@usdoj.gov

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 8/26/2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: