IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC d/b/a BRIDGE CITY ORDNANCE, ELIEZER JIMENEZ; GUN OWNERS OF AMERICA, INC; GUN OWNERS FOUNDATION <br><br>    Plaintiffs-Appellants, <br><br>STATE OF ARIZONA; STATE OF WEST VIRGINIA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF IDAHO; STATE OF INDIANA; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF TEXAS; STATE OF UTAH; STATE OF WYOMING <br><br>    Plaintiffs <br>v. <br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; BUREAU OF ALCOHOL, TOBACCO & FIREARMS, DIRECTOR, STEVEN M. DETTELBACH (FORMERLY GARY M. RESTAINO) <br><br>    Defendants - Appellees. | Case No. 22-2812 |

## APPELLANTS' CORPORATE DISCLOSURES

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and 8th Cir.

R. 26.1.A., Plaintiff-Appellant Morehouse Enterprises, LLC, d/b/a Bridge City

Ordnance certifies that it is an active, limited liability company, formed in North Dakota. Bridge City Ordnance operates as a Trade Name of Morehouse Enterprises, LLC. Morehouse Enterprises, LLC has no parent corporation and no publicly held corporation holds any stock in Morehouse Enterprises, LLC.

Gun Owners of America, Inc. certifies that it is a non-profit, non-stock corporation. GOA has no parent corporation or subsidiaries, and no publicly held corporation holds any stock in GOA.

Gun Owners Foundation certifies that it is a non-profit, non-stock corporation. GOF has no parent corporation or subsidiaries, and no publicly held corporation holds any stock in GOF.

Dated: August 29, 2022

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh (MS # 102784)
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
601-852-3440 (T)
stephen@sdslaw.us

Robert J. Olson (VA # 82488)
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com

Robert B. Stock (ND #05919)

Vogel Law Firm
218 NP Avenue
Fargo, ND  58107-1389
701-237-6983 (T)
701-237-0847 (F)
rstock@vogellaw.com

For service: rbslitgroup@vogellaw.com

*Counsel for Plaintiffs Morehouse Enterprises, LLC, d/b/a Bridge City Ordnance, Eliezer Jimenez, Gun Owners of America, Inc., and Gun Owners Foundation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                              */s/ Stephen D. Stamboulieh*
                              Stephen D. Stamboulieh