# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 31, 2022

Mr. Stephen D. Stamboulieh
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS  38654

      RE:  22-2812  Morehouse Enterprises, LLC, et al v. Bureau of ATF, et al
            22-2854  State of Arizona, et al v. Bureau of ATF, et al

Dear Mr. Stamboulieh:

    The Court has received a notice of appeal filed by the State of Arizona, et al., and has consolidated it with your case.  Please see the attached Consolidated Briefing Schedule for both cases.

                                      Michael E. Gans
                                      Clerk of Court

ASL

Enclosure(s)

cc:     Mr. Nicholas J. Bronni
         Ms. Melissa Helen Burkland
         Mr. James A. Campbell
         Mr. Michael Catlett
         Mr.  Clerk, U.S. District Court, North Dakota
         Mr. Bryan Gregg Cleveland
         Ms. Betsy M. Denardi
         Mr. David M.S. Dewhirst
         Mr. Charles Eldred
         Ms. Melissa Ann Holyoak
         Mr. Dylan L. Jacobs
         Mr. Sean Janda
         Ms. Kelly A. Kroke
         Mr. Brant Mitchell Laue
         Ms. Elizabeth B. Murrill
         Mr. Anthony Napolitano

Mr. Robert Jeffrey Olson
Mr. Aaron Peterson
Mr. Dayton P. Reed
Mr. Daniel Reiss
Mr. Aaron F. Reitz
Mr. Dean John Sauer
Mr. Ryan Schelhaas
Ms. Lindsay Sara See
Mr. Aaron J. Silletto
Mr. J. Emory Smith Jr.
Ms. Kathleen L. Smithgall
Mr. Robert B. Stock
Mr. Martin M. Tomlinson
Mr. Michael Ray Williams
Ms. Abby Wright

District Court/Agency Case Number(s): 3:22-cv-00116-PDW
3:22-cv-00116-PDW