# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2812

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance, et al.

Appellants

State of Arizona, et al.

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

Appellees

No: 22-2854

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance, et al.

State of Arizona, et al.

Appellants

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

Appellees

---

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:22-cv-00116-PDW)

---

**ORDER**

Appellants' motion to file a motion in excess of limits set forth in FRAP Rule 27(d)(2) is granted. Appellants may file a motion not to exceed 7,200 words.

The government is directed to file a response to Appellants' motion for injunction pending appeal by September 26, 2022.

September 08, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans