**CASE NOS. 22-2812 & 22-2854**

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

MOREHOUSE ENTERPRISES, LLC d/b/a BRIDGE CITY ORDNANCE; ELIEZER JIMENEZ; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; STATE OF ARIZONA; STATE OF WEST VIRGINIA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF IDAHO; STATE OF INDIANA; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE MISSOURI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF TEXAS; STATE OF UTAH; and STATE OF WYOMING,

*Plaintiffs-Appellants*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; and STEVEN M. DETTELBACH as the DIRECTOR OF ATF,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the District of North Dakota
The Honorable District Court Judge Peter D. Welte
Case No. 3:22-cv-116

# NOTIFICATION OF APPENDIX PREPARATION METHOD

Pursuant to Federal Rule of Appellate Procedure 30(b) and Eighth Circuit Rule 30A(b), Plaintiffs-Appellants notify the Court that the parties' counsel have conferred and agreed to file a joint appendix in these consolidated appeals.

Respectfully submitted on this, the 14th of September, 2022.

Appellate Case: 22-2812 Page: 1 Date Filed: 09/14/2022 Entry ID: 5198248

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh (MS # 102784)
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

Robert J. Olson (VA # 82488)
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com

Robert B. Stock (ND # 05919)
Vogel Law Firm
218 NP Avenue
Fargo, ND 58107-1389
701-237-6983 (T)
701-237-0847 (F)
rstock@vogellaw.com
For service: rbslitgroup@vogellaw.com
*Counsel for Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, Eliezer Jimenez, Gun Owners of America, Inc., and Gun Owners Foundation*

MARK BRNOVICH
Attorney General of Arizona

MICHAEL CATLETT*
*Deputy Solicitor General*
ANTHONY NAPOLITANO*
*Assistant Attorney General*
ARIZONA ATTORNEY GENERAL'S OFFICE
2005 N. Central Ave.

Phoenix, Arizona 85004
(602) 542-8860
Michael.Catlett@azag.gov
Anthony.Napolitano@azag.gov
*Counsel for Plaintiff State of Arizona*

PATRICK MORRISEY
Attorney General of West Virginia

LINDSAY SEE*
*Solicitor General*
MICHAEL R. WILLIAMS*
*Senior Deputy Solicitor General*
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov
Michael.R.Williams@wvago.gov
*Counsel for Plaintiff State of West Virginia*

TREG R. TAYLOR
Attorney General of Alaska

AARON C. PETERSON*
*Senior Assistant Attorney General*
Alaska Department of Law
1031 W. 4th Avenue #200
Anchorage, AK 99501
Aaron.peterson@alaska.gov
(907) 269-5165
*Counsel for Plaintiff State of Alaska*

LESLIE RUTLEDGE
Arkansas Attorney General

NICHOLAS J. BRONNI
*Arkansas Solicitor General*
DYLAN L. JACOBS
*Deputy Solicitor General*
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Nicholas.bronni@arkansasag.gov
dylan.jacobs@arkansasag.gov
*Counsel for Plaintiff State of Arkansas*

LAWRENCE G. WASDEN
Attorney General of Idaho

DAYTON REED*
*Deputy Attorney General*
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2400
dayton.reed@ag.idaho.gov
*Counsel for Plaintiff State of Idaho*

THEODORE E. ROKITA
Indiana Attorney General

BETSY M. DENARDI*
*Director of Complex Litigation*
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
(317) 232-6201
Betsy.DeNardi@atg.in.gov
*Counsel for Plaintiff State of Indiana*

Appellate Case: 22-2812 Page: 4 Date Filed: 09/14/2022 Entry ID: 5198248

DEREK SCHMIDT
Attorney General of Kansas

BRANT M. LAUE
*Solicitor General*
OFFICE OF KANSAS ATTORNEY GENERAL
120 SW 10th Avenue, 3rd Floor
Topeka, KS 66612-1597
(785) 368-8435 Phone
Brant.Laue@ag.ks.gov

DANIEL CAMERON
Attorney General of Kentucky

MATTHEW KUHN
*Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF KENTUCKY
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Matt.Kuhn@ky.gov
*Counsel for Plaintiff Commonwealth of Kentucky*

JEFF LANDRY
Attorney General of Louisiana

ELIZABETH B. MURRILL*
*Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
(225) 326-6766
murrille@ag.louisiana.gov
*Counsel for Plaintiff State of Louisiana*

ERIC S. SCHMITT
Attorney General of Missouri

D. JOHN SAUER
*Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF MISSOURI
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8870
John.Sauer@ago.mo.gov
*Counsel for Plaintiff State of Missouri*

AUSTIN KNUDSEN
Attorney General of Montana

DAVID M.S. DEWHIRST*
*Solicitor General*
KATHLEEN L. SMITHGALL*
*Assistant Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
david.dewhirst@mt.gov
kathleen.smithgall@mt.gov
*Counsel for Plaintiff State of Montana*

DOUGLAS J. PETERSON
Attorney General of Nebraska

JAMES A. CAMPBELL
*Solicitor General*

Appellate Case: 22-2812 Page: 6 Date Filed: 09/14/2022 Entry ID: 5198248

Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
jim.campbell@nebraska.gov
*Counsel for Plaintiff State of Nebraska*

JOHN M. O'CONNOR
Attorney General of Oklahoma

BRYAN CLEVELAND
  *Deputy Solicitor General*
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st St.
Oklahoma City, OK 73105
(405) 522-1961
Bryan.cleveland@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

ALAN WILSON
Attorney General of South Carolina

J. EMORY SMITH, JR.*
  *Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA
P.O. Box 11549
Columbia, SC 29211
(803) 734-3680
Email: ESmith@scag.gov
*Attorneys for Plaintiff State of South Carolina*

KEN PAXTON
Attorney General of Texas

AARON F. REITZ*

*Deputy Attorney General for Legal Strategy*
CHARLIE ELDRED*
*Special Counsel for Legal Strategy*
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700
Aaron.Reitz@oag.texas.gov
Charles.Eldred@oag.texas.gov
*Counsel for Plaintiff State of Texas*

SEAN D. REYES
Attorney General of Utah

MELISSA A. HOLYOAK*
*Solicitor General*
OFFICE OF THE UTAH ATTORNEY GENERAL
350 N. State Street, Suite 230
Salt Lake City, UT 84114
(801) 366-0260
Email: melissaholyoak@agutah.gov
*Counsel for Plaintiff State of Utah*

BRIDGET HILL
Attorney General of Wyoming

RYAN SCHELHAAS*
*Chief Deputy Attorney General*
OFFICE OF THE WYOMING ATTORNEY GENERAL
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov
*Counsel for Plaintiff State of Wyoming*

* *Application for Admission Forthcoming*

Appellate Case: 22-2812 Page: 8 Date Filed: 09/14/2022 Entry ID: 5198248

## CERTIFICATE OF SERVICE

I certify that on September 14, 2022, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system, and that the CM/ECF system will accomplish service on all parties represented by counsel who are registered CM/ECF users.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh