# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2812

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance, et al.

Appellants

State of Arizona, et al.

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

Appellees

No: 22-2854

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance, et al.

State of Arizona, et al.

Appellants

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

Appellees

------

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:22-cv-00116-PDW)
(3:22-cv-00116-PDW)

------

**ORDER**

Before COLLOTON, GRUENDER, and GRASZ, Circuit Judges.

The emergency motion for an injunction pending appeal is denied. Judge Grasz would grant this motion.

October 04, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans