No: 22-2812

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance, et al.

Appellants

State of Arizona, et al.

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

Appellees

No: 22-2854

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance, et al.

State of Arizona, et al.

Appellants

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

Appellees

---

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:22-cv-00116-PDW)

---

**ORDER**

Appellees' motion to file a brief in excess of limits set forth in FRAP Rule 32(a)(A) and (B) is granted. Appellees may file a brief not to exceed 15,000 words.

November 16, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Michael E. Gans