# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Mr. Sean Janda
**CC:** Mr. Nicholas J. Bronni
Ms. Melissa Helen Burkland
Mr. James A. Campbell
Mr. Michael Catlett
Mr. Bryan Gregg Cleveland
Ms. Betsy M. Denardi
Mr. David M.S. Dewhirst
Mr. Charles Eldred
Ms. Melissa Ann Holyoak
Mr. Dylan L. Jacobs
Mr. Matthew F. Kuhn
Mr. Brant Mitchell Laue
Ms. Elizabeth B. Murrill
Mr. Anthony Roman Napolitano
Mr. Robert Jeffrey Olson
Mr. Aaron Peterson
Mr. Dayton P. Reed
Mr. Daniel Reiss
Mr. Aaron F. Reitz
Mr. Dean John Sauer
Mr. Ryan Schelhaas
Ms. Lindsay Sara See
Mr. Aaron J. Silletto
Mr. J. Emory Smith Jr.
Ms. Kathleen L. Smithgall
Mr. Stephen D. Stamboulieh
Mr. Robert B. Stock
Mr. Martin M. Tomlinson
Mr. Michael Ray Williams
Ms. Abby Wright
**FROM:** Nicole D. Gillis
**DATE:** November 29, 2022
**RE:** 22-2812 Morehouse Enterprises, LLC, et al v. Bureau of ATF, et al
22-2854 State of Arizona, et al v. Bureau of ATF, et al

      In reviewing the electronic version of the addendum submitted with your opening brief, we noted the defects shown below. The court has instructed the clerk's office to carefully review the addendum to make sure that all orders appealed from are present. Please review the provisions of 8th Cir. R. 28A(g) and provide a complete electronic version of the addendum within five days of the date of this notice. If you fail to do so, an order will be entered directing you to show cause why the appeal should not be dismissed for failure to prosecute.

__X__ The addendum was not submitted as a separate document. See 8th Cir. R. 28A(g)(5)

Once the electronic version of the addendum is approved for filing, you will receive a Notice of Docket Activity informing you that your brief and addendum have been filed. Please submit the required paper copies of the brief and addendum within five days of that notice. See 8th Cir. 28A(d) and (g)(4). If you have any questions, please contact our office.