UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Morehouse Enterprises, LLC, et al. vs. Bureau ATF, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 22-2812 & -2854 for the following party(s): (please specify)

State of Montana

[✔] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Christian B. Corrigan   s/: Christian B. Corrigan

Firm Name: Montana Attorney General's Office

Business Address: P.O. Box 201401

City/State/Zip: Helena, MT 59620-1401

Telephone Number (Area Code): 406-444-2026

Email Address: christian.corrigan@mt.gov

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on 12/01/22, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: