# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 07, 2022

Mr. Jeremy R. Girton
ATTORNEY GENERAL'S OFFICE
Suite 8100
400 Sixth Street, N.W.
Washington, DC 20001

      RE: 22-2812 Morehouse Enterprises, LLC, et al v. Bureau of ATF, et al
           22-2854 State of Arizona, et al v. Bureau of ATF, et al

Dear Counsel:

    The amicus curiae brief of THE DISTRICT OF COLUMBIA AND THE STATES OF NEW JERSEY, PENNSYLVANIA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, HAWAII, ILLINOIS, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEW YORK, NORTH CAROLINA, OREGON, RHODE ISLAND, WASHINGTON, AND WISCONSIN has been filed. If you have not already done so, please complete and file an Appearance form. You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

    Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

                                                     Michael E. Gans
                                                     Clerk of Court

NDG

Enclosure(s)

cc:     Ms. Rachel Alpert
        Mr. Jacob Boyer
        Mr. Nicholas J. Bronni
        Ms. Melissa Helen Burkland
        Mr. James A. Campbell
        Mr. Michael Catlett
        Mr. Bryan Gregg Cleveland

Mr. Christian Brian Corrigan
Ms. Betsy M. Denardi
Mr. Charles Eldred
Mr. Arthur Greenspan
Mr. Daniel Grooms
Ms. Kathleen R. Hartnett
Ms. Melissa Ann Holyoak
Mr. Dylan L. Jacobs
Mr. Sean Janda
Mr. Adam M. Katz
Mr. Marten N. King
Mr. Matthew F. Kuhn
Mr. Brant Mitchell Laue
Mr. David Massey
Ms. Rachel Mechanic
Ms. Elizabeth B. Murrill
Mr. Anthony Roman Napolitano
Mr. Arjun Ogale
Mr. Robert Jeffrey Olson
Mr. Aaron Peterson
Mr. Ashwin Phatak
Mr. Matthew Platkin
Honorable Karl A. Racine
Mr. Dayton P. Reed
Mr. Daniel Reiss
Mr. Aaron F. Reitz
Mr. Lee S. Richards III
Ms. Rebecca Salk
Mr. Dean John Sauer
Mr. Mayur Saxena
Mr. Ryan Schelhaas
Ms. Lindsay Sara See
Honorable Josh Shapiro
Mr. Tim Sheehan
Mr. Aaron J. Silletto
Mr. J. Emory Smith Jr.
Ms. Kathleen L. Smithgall
Mr. Stephen D. Stamboulieh
Mr. Robert B. Stock
Jacob Taber
Mr. Martin M. Tomlinson
Ms. Caroline Van Zile
Mr. Michael Ray Williams
Ms. Abby Wright

District Court/Agency Case Number(s): 3:22-cv-00116-PDW