# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 07, 2022

Mr. Lee S. Richards III
PERKINS & COIE
22nd Floor
1155 Avenue of the Americas
New York, NY  10036

   RE:  22-2812  Morehouse Enterprises, LLC, et al v. Bureau of ATF, et al
       22-2854  State of Arizona, et al v. Bureau of ATF, et al

Dear Counsel:

  The amicus curiae brief of 16 Major Cities and Prosecutors Against Gun Violence has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

  Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

                Michael E. Gans
                Clerk of Court

NDG

Enclosure(s)

cc:  Ms. Rachel Alpert
    Mr. Jacob Boyer
    Mr. Nicholas J. Bronni
    Ms. Melissa Helen Burkland
    Mr. James A. Campbell
    Mr. Michael Catlett
    Mr. Bryan Gregg Cleveland
    Mr. Christian Brian Corrigan
    Ms. Betsy M. Denardi
    Mr. Charles Eldred
    Mr. Jeremy R. Girton

Mr. Arthur Greenspan
Mr. Daniel Grooms
Ms. Kathleen R. Hartnett
Ms. Melissa Ann Holyoak
Mr. Dylan L. Jacobs
Mr. Sean Janda
Mr. Adam M. Katz
Mr. Marten N. King
Mr. Matthew F. Kuhn
Mr. Brant Mitchell Laue
Mr. David Massey
Ms. Rachel Mechanic
Ms. Elizabeth B. Murrill
Mr. Anthony Roman Napolitano
Mr. Arjun Ogale
Mr. Robert Jeffrey Olson
Mr. Aaron Peterson
Mr. Ashwin Phatak
Mr. Matthew Platkin
Honorable Karl A. Racine
Mr. Dayton P. Reed
Mr. Daniel Reiss
Mr. Aaron F. Reitz
Ms. Rebecca Salk
Mr. Dean John Sauer
Mr. Mayur Saxena
Mr. Ryan Schelhaas
Ms. Lindsay Sara See
Honorable Josh Shapiro
Mr. Tim Sheehan
Mr. Aaron J. Silletto
Mr. J. Emory Smith Jr.
Ms. Kathleen L. Smithgall
Mr. Stephen D. Stamboulieh
Mr. Robert B. Stock
Jacob Taber
Mr. Martin M. Tomlinson
Ms. Caroline Van Zile
Mr. Michael Ray Williams
Ms. Abby Wright

District Court/Agency Case Number(s): 3:22-cv-00116-PDW