# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Morehouse Enterprises, LLC vs. Bureau of ATF, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 22-2812; 22-2854 **for the following party(s): (please specify)**

Prosecutors Against Gun Violence

| | Appellant(s) | | Petitioner(s) | | Appellee(s) | | Respondent(s) | ✔ Amicus Curiae | | Intervenor(s) |

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Lee S. Richards   s/: *Lee S. Richards*

Firm Name: Perkins Coie LLP

Business Address: 1155 Avenue of the Americas, 22nd Floor

City/State/Zip: New York, NY 10036

Telephone Number (Area Code): 212-262-6900

Email Address: LeeRichards@perkinscoie.com

## CERTIFICATE OF SERVICE

✔ I hereby certify that on 12/12/22, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: