# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2812

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance, et al.

Appellants

State of Arizona, et al.

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

Appellees

------------------------------

District of Columbia, et al.

Amici on Behalf of Appellee(s)

No: 22-2854

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance, et al.

State of Arizona, et al.

Appellants

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

Appellees

------------------------------

District of Columbia, et al.

Amici on Behalf of Appellee(s)

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:22-cv-00116-PDW)

**ORDER**

Gun Violence Prevention Groups have filed a motion for leave to file an amicus brief on behalf of the appellees.

No objections have been filed and the motion is granted. The clerk shall review the brief submitted by the amicus party for filing.

December 19, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans