# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 19, 2022

Ms. Rachel Alpert
COOLEY, LLP
20th Floor
3 Embarcadero Center
San Francisco, CA  94111-4004

Mr. Daniel Grooms
COOLEY LLP
Suite 700
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400

Ms. Kathleen R. Hartnett
COOLEY, LLP
20th Floor
3 Embarcadero Center
San Francisco, CA  94111-4004

Mr. Adam M. Katz
COOLEY, LLP
500 Boylston Street
14th Floor
Boston, MA  02116-3736

      RE:  22-2812  Morehouse Enterprises, LLC, et al v. Bureau of ATF, et al
            22-2854  State of Arizona, et al v. Bureau of ATF, et al

Dear Counsel:

     The amicus curiae brief of the Gun Violence Prevention Groups has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

     Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Michael E. Gans
Clerk of Court

NDG

Enclosure(s)

cc:    Mr. Jacob Boyer
      Mr. Nicholas J. Bronni
      Ms. Melissa Helen Burkland
      Mr. James A. Campbell
      Mr. Michael S. Catlett
      Mr. Bryan Gregg Cleveland
      Mr. Christian Brian Corrigan
      Ms. Betsy M. Denardi
      Mr. Charles Eldred
      Mr. Jeremy R. Girton
      Mr. Arthur Greenspan
      Ms. Melissa Ann Holyoak
      Mr. Dylan L. Jacobs
      Mr. Sean Janda
      Mr. Marten N. King
      Mr. Matthew F. Kuhn
      Mr. Brant Mitchell Laue
      Mr. David Massey
      Ms. Rachel Mechanic
      Ms. Elizabeth B. Murrill
      Mr. Anthony Roman Napolitano
      Mr. Arjun Ogale
      Mr. Robert Jeffrey Olson
      Mr. Aaron Peterson
      Mr. Ashwin Phatak
      Mr. Matthew Platkin
      Honorable Karl A. Racine
      Mr. Dayton P. Reed
      Mr. Daniel Reiss
      Mr. Aaron F. Reitz
      Mr. Lee S. Richards III
      Ms. Rebecca Salk
      Mr. Dean John Sauer
      Mr. Mayur Saxena
      Mr. Ryan Schelhaas
      Ms. Lindsay Sara See
      Honorable Josh Shapiro
      Mr. Tim Sheehan
      Mr. Aaron J. Silletto
      Mr. J. Emory Smith Jr.
      Ms. Kathleen L. Smithgall
      Mr. Stephen D. Stamboulieh
      Mr. Robert B. Stock
      Jacob Taber
      Mr. Martin M. Tomlinson

Ms. Caroline Van Zile
Mr. Michael Ray Williams
Ms. Abby Wright

    District Court/Agency Case Number(s):  3:22-cv-00116-PDW
                                                                             3:22-cv-00116-PDW