# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: _____ vs._____

**The Clerk will enter my appearance as Counsel in Appeal No.** __22-2812, 22-2854__ for the following party(s): (please specify)

Appellant(s)   Petitioner(s)   Appellee(s)   Respondent(s)   Amicus Curiae   Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's [Manage my Account](#).**

Attorney Name: _____ s/: _____

Firm Name: _____

Business Address: _____

City/State/Zip: _____

Telephone Number (Area Code):_____

Email Address: _____

**CERTIFICATE OF SERVICE**

_____I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

_____I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: