

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-3388

December 28, 2022

**Via CM/ECF**

Michael E. Gans, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Office of the Clerk
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63103

    RE:    *Morehouse Enterprises, LLC v. Bureau of ATF*, No. 22-2812
              *State of Arizona v. Bureau of ATF*, No. 22-2854
              (not scheduled for oral argument)

Dear Mr. Gans:

    I am the government attorney with principal responsibility for the above-referenced consolidated appeals. I am writing to respectfully request that the Court not schedule argument in these appeals on March 17, 2023, as I will be traveling out of the country on that day. Thank you for your consideration.

                                    Sincerely,

                                    */s/ Sean R. Janda*
                                    Sean R. Janda

cc:    All counsel (via CM/ECF)