CASE NOS. 22-2812 & 22-2854

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

MOREHOUSE ENTERPRISES, LLC d/b/a BRIDGE CITY ORDNANCE; ELIEZER JIMENEZ; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; STATE OF ARIZONA; STATE OF WEST VIRGINIA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF IDAHO; STATE OF INDIANA; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF TEXAS; STATE OF UTAH; and STATE OF WYOMING,

*Plaintiffs-Appellants*, v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; and STEVEN M. DETTELBACH as the DIRECTOR OF ATF,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of North Dakota
The Honorable District Court Judge Peter D. Welte
Case No. 3:22-cv-116

**MOTION TO WITHDRAW AS COUNSEL
FOR STATE OF KANSAS**

Brant M. Laue hereby moves the Court for permission to withdraw as counsel for the State of Kansas in the above-captioned matter and further requests that the Court remove his name from electronic notification and service lists. The State of Kansas will

continue to be represented in this matter by Dwight R. Carswell.

DATED this 5th day of January, 2023.

Respectfully submitted,

*/s/ Brant M. Laue*
Brant M. Laue, #16857
 *Solicitor General*
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597
Phone: (785) 295-2215
Fax: (785) 291-3875
Brant.laue@ag.ks.gov

*Counsel for Plaintiff-Appellant*
*State of Kansas*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts exempted by Fed. R. App. P. 32(f), it contains 60 words as determined by the word-counting feature of Microsoft Word 365.

This motion also complies with the requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared using Microsoft Word 365 in 14-point proportionally spaced Century Schoolbook font.

And this motion complies with the electronic-filing requirements of Local Rules 28A(h)(2) because it was scanned for viruses using Windows Defender and no virus was detected.

*/s/ Brant M. Laue*
Brant M. Laue

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023 an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered mail.

*/s/ Brant M. Laue*
Brant M. Laue
