# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2812

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance, et al.

Appellants

State of Arizona, et al.

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

Appellees

------------------------------

District of Columbia, et al.

Amici on Behalf of Appellee(s)

No: 22-2854

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance, et al.

State of Arizona, et al.

Appellants

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

Appellees

------------------------------

District of Columbia, et al.

Amici on Behalf of Appellee(s)

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:22-cv-00116-PDW)

**ORDER**

The motion to withdraw as counsel is granted. Mr. Brant Mitchell Laue is granted leave to withdraw from this case.

January 06, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans