UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Morehouse Enterprises, LLC, et al. vs. Bureau of ATF, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 22-2812 for the following party(s): (please specify)

State of Oklahoma

☑ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Zach West  s/: Zach West
Firm Name: Oklahoma Office of the Attorney General
Business Address: 313 NE 21st Street
City/State/Zip: Oklahoma City, OK 73105
Telephone Number (Area Code): (405) 521-3921
Email Address: zach.west@oag.ok.gov

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 2/7/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: