CASE NO. 22-2812 & 22-2854

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

MOREHOUSE ENTERPRISES, LLC d/b/a BRIDGE CITY ORDNANCE; ELIEZER JIMENEZ; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; STATE OF ARIZONA; STATE OF WEST VIRGINIA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF IDAHO; STATE OF INDIANA; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF TEXAS; STATE OF UTAH; and STATE OF WYOMING,

*Plaintiffs-Appellants*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; and STEVEN M. DETTELBACH as the DIRECTOR OF ATF,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the District of North Dakota
The Honorable District Court Judge Peter D. Welte
Case No. 3:22-cv-116

APPELLANTS' UNOPPOSED JOINT MOTION
FOR DIVIDED ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 34(b), Eighth Circuit Rule 34A(c), and Eighth Circuit Internal Operating Procedure L.5, Appellants respectfully move for (1) an additional five minutes of argument time and (2) divided oral argument. This consolidated case arises

from two separate appeals: one brought by a multi-State coalition and the other brought by private parties. Currently, Appellants are only allowed fifteen minutes. Appellants respectfully request that the time at oral argument be increased to by five minutes to twenty minutes and divided equally between the two sets of Appellants, with ten minutes allotted to the State Appellants and ten minutes allotted to the Private Appellants.

Dividing argument time as proposed will ensure that each set of Appellants may present their independent interests and that the Court will receive the benefit of Appellants' distinct perspectives and arguments. This is particularly true here, where one set of Appellants includes sovereign states with unique interests that private parties cannot adequately represent.

For example, as noted in briefing, both the Private Appellants and the State Appellants suffer different irreparable harms stemming from the Final Rule. The seventeen State Appellants rely on their independent licensing schemes to promote public safety, and many of them have specific state laws that will be affected by the Final Rule. The State Appellants, furthermore, will suffer unique financial harm under the Final

Rule. These interests are best represented by counsel for the State Appellants, rather than counsel for the Private Appellants. Likewise, Private Appellants assert harms to individual gun owners and businesses that the State Plaintiffs cannot adequately represent.

The undersigned has conferred with opposing counsel in this case who do not oppose the relief sought in this request.

DATED this 23rd day of February 2023.

Respectfully submitted,

*/s/ Kathleen L. Smithgall*
KATHLEEN L. SMITHGALL
  *Deputy Solicitor General*
CHRISTIAN CORRIGAN
*Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
christian.corrigan@mt.gov
kathleen.smithgall@mt.gov

STEPHEN D. STAMBOULIEH (MS # 102784)
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

ROBERT J. OLSON (VA # 82488)
WILLIAM J. OLSON, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com

*Counsel for Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, Eliezer Jimenez, Gun Owners of America, Inc., and Gun Owners Foundation*

PATRICK MORRISEY
Wester Virginia Attorney General

LINDSAY SEE
  *Solicitor General*
MICHAEL R. WILLIAMS
  *Senior Deputy Solicitor General*
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov
Michael.R.Williams@wvago.gov
*Counsel for Plaintiff State of West Virginia*

TREG R. TAYLOR
Alaska Attorney General

AARON C. PETERSON
  *Senior Assistant Attorney General*
Alaska Department of Law
1031 W. 4th Avenue #200
Anchorage, AK 99501
Aaron.peterson@alaska.gov
(907) 269-5165
*Counsel for Plaintiff State of Alaska*

4

TIM GRIFFIN
Arkansas Attorney General

NICHOLAS J. BRONNI
Arkansas Solicitor General
DYLAN L. JACOBS
*Deputy Solicitor General*
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Nicholas.bronni@arkansasag.gov
dylan.jacobs@arkansasag.gov
*Counsel for Plaintiff State of Arkansas*

RAÚL LABRADOR
Idaho Attorney General

ALAN W. FOUTZ
 *Deputy Attorney General*
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2400
alan.foutz@ag.idaho.gov
*Counsel for Plaintiff State of Idaho*

THEODORE E. ROKITA
Indiana Attorney General

BETSY M. DENARDI
Director of Complex Litigation
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
(317) 232-6201
Betsy.DeNardi@atg.in.gov
*Counsel for Plaintiff State of Indiana*

5

KRIS KOBACH
Kansas Attorney General

DWIGHT R. CARSWELL
  *Deputy Solicitor General*
OFFICE OF KANSAS ATTORNEY GENERAL
120 SW 10th Avenue, 3rd Floor
Topeka, KS 66612-1597
(785) 368-8435 Phone
dwight.carswell@ag.ks.gov

DANIEL CAMERON
Kentucky Attorney General

MATTHEW F. KUHN
  *Solicitor General*
AARON J. SILLETTO
  *Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL OF KENTUCKY
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Aaron.Silletto@ky.gov
Matthew.Kuhn@ky.gov
*Counsel for Plaintiff Commonwealth of Kentucky*

JEFF LANDRY
Louisiana Attorney General

ELIZABETH B. MURRILL
  *Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
(225) 326-6766
murrille@ag.louisiana.gov
*Counsel for Plaintiff State of Louisiana*

ANDREW BAILEY
Missouri Attorney General

MARIA LANAHAN
  *Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF MISSOURI
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8870
Maria.Lanahan@ago.mo.gov
*Counsel for Plaintiff State of Missouri*

MICHAEL T. HILGERS
Nebraska Attorney General

JAMES A. CAMPBELL
  *Solicitor General*
OFFICE OF THE NEBRASKA ATTORNEY GENERAL
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
jim.campbell@nebraska.gov
*Counsel for Plaintiff State of Nebraska*

GENTNER F. DRUMMOND
Oklahoma Attorney General

ZACH WEST
  *Director of Special Litigation*
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st St.
Oklahoma City, OK 73105
(405) 522-1961
zach.west@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

ALAN WILSON
South Carolina Attorney General

J. EMORY SMITH, JR.
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA
P.O. Box 11549
Columbia, SC 29211
(803) 734-3680
ESmith@scag.gov
*Attorneys for Plaintiff State of South Carolina*

KEN PAXTON
Texas Attorney General

AARON F. REITZ
  *Deputy Attorney General for Legal Strategy*
CHARLIE ELDRED
  *Special Counsel for Legal Strategy*
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700
Aaron.Reitz@oag.texas.gov
Charlie.Eldred@oag.texas.gov
*Counsel for Plaintiff State of Texas*

SEAN D. REYES
Utah Attorney General

MELISSA A. HOLYOAK
  *Solicitor General*
OFFICE OF THE UTAH ATTORNEY GENERAL
350 N. State Street, Suite 230
Salt Lake City, UT 84114
(801) 366-0260
melissaholyoak@agutah.gov
*Counsel for Plaintiff State of Utah*

8

BRIDGET HILL
Wyoming Attorney General

RYAN SCHELHAAS
Chief Deputy Attorney General
OFFICE OF THE WYOMING ATTORNEY GENERAL
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov
*Counsel for Plaintiff State of Wyoming*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts exempted by Fed. R. App. P. 32(f), it contains 255 words as determined by the word-counting feature of Microsoft Word 365.

This motion also complies with the requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared using Microsoft Word 365 in 14-point proportionally spaced Century Schoolbook font.

And this motion complies with the electronic-filing requirements of Local Rules 28A(h)(2) because it was scanned for viruses using Windows Defender and no virus was detected.

*/s/ Kathleen L. Smithgall*
KATHLEEN L. SMITHGALL

# CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered mail.

*/s/ Kathleen L. Smithgall*
KATHLEEN L. SMITHGALL
