# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2812

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance, et al.

Appellants

State of Arizona, et al.

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

Appellees

------------------------------

District of Columbia, et al.

Amici on Behalf of Appellee(s)

No: 22-2854

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance, et al.

State of Arizona, et al.

Appellants

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

Appellees

------------------------------

District of Columbia, et al.

Amici on Behalf of Appellee(s)

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:22-cv-00116-PDW)
(3:22-cv-00116-PDW)

# ORDER

Appellants' motion to adjust the allotted time for oral argument to twenty minutes per side and to divide the oral argument for appellants between two counsel is granted.

February 24, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans