Nos. 22-2812, 22-2854

# IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

MOREHOUSE ENTERPRISES, LLC d/b/a BRIDGE CITY ORDNANCE, *et al.*,
PLAINTIFFS-APPELLANTS,

AND

STATE OF ARIZONA, *et al.*,
PLAINTIFFS-APPELLANTS,

V.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,
DEFENDANTS-APPELLEES.

ON APPEAL FROM AN ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Arjun P. Ogale has left the Office of the Attorney General for the District of Columbia, and former Attorney General Karl A. Racine has also left the Office. The District of Columbia moves to withdraw their appearance as counsel for the District and the states of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, New York, North Carolina, Oregon, Rhode Island, Washington, and Wisconsin ("Amici States"). Jeremy R. Girton will remain as counsel of record for Amici States.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

*/s/* Jeremy R. Girton
JEREMY R. GIRTON
Assistant Attorney General

Office of the Solicitor General
Office of the Attorney General
for the District of Columbia
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-2029
jeremy.girton@dc.gov

August 2023

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Eighth Circuit using the CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Jeremy R. Girton
JEREMY R. GIRTON