Nos. 22-2812, 22-2854

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

MOREHOUSE ENTERPRISES, LLC d/b/a BRIDGE CITY ORDNANCE, *et al.*,
PLAINTIFFS-APPELLANTS,

AND

STATE OF ARIZONA, *et al.*,
PLAINTIFFS-APPELLANTS,

V.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,
DEFENDANTS-APPELLEES.

ON APPEAL FROM AN ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

**CERTIFICATE OF COMPLIANCE**

I certify that the motion to withdraw appearance of counsel filed on August 7, 2023, complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(2) because the motion contains 81 words, excluding exempted parts. The motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it was prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

/s/ Jeremy R. Girton
JEREMY R. GIRTON