# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2812

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance, et al.

Appellants

State of Arizona, et al.

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

Appellees

------------------------------

District of Columbia, et al.

Amici on Behalf of Appellee(s)

No: 22-2854

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance, et al.

State of West Virginia, et al.

Appellants

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

Appellees

------------------------------

District of Columbia, et al.

Amici on Behalf of Appellee(s)

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:22-cv-00116-PDW)

**ORDER**

The motion to withdraw as counsel is granted. Arjun Ogale and Karl A. Racine have been granted leave to withdraw from these cases.

August 07, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans